# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON SCRIBNER an individual; and TROY SCRIBNER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive<br><br>Defendants, | Case No.4:17-cv-05760-HSG<br><br>**ORDER REGARDING REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The parties have stipulated to continue the scheduling conference to allow them more time to complete the settlement of this matter. Good cause appearing, the Court ORDERS:

1. The Case Management Conference scheduled for January 9, 2018 is continued to February 6, 2018 at 2:00 p.m.;
2. The parties shall file the Joint Case Management Conference Statement, and ADR stipulation no later than January 30, 2018

**IT IS SO ORDERED**.

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

-1-
ORDER REGARDING REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 4:17-cv-05760-HSG